**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Conrev, Inc. | |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | See Schedule 1 | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-2082441 | |
| 4. | Debtor's address | **Principal place of business** <br><br> 901 West Main Street, Suite A <br> Auburn, WA 98001 <br> Number, Street, City, State & ZIP Code <br><br> King <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | loverspackage.com | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor    Conrev, Inc.                                                                                          Case number (*if known*)
        Name

**7. Describe debtor's business**    A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       4461

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
    - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - [ ] A plan is being filed with this petition.
    - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Schedule 2 | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor   Conrev, Inc.
       Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor __Conrev, Inc.__                                                                 Case number (if known) _____
             Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 10, 2017__
                        MM / DD / YYYY

X _/s/ Albert Altro_                                                             __Albert Altro__
   Signature of authorized representative of debtor                    Printed name

Title __Chief Restructuring Officer__

**18. Signature of attorney**

X _/s/ Adam G. Landis_                                                       Date __August 10, 2017__
   Signature of attorney for debtor                                                   MM / DD / YYYY

__Adam G. Landis__
Printed name

__Landis Rath & Cobb LLP__
Firm name

__919 Market Street__
__Suite 1800__
__Wilmington, DE 19801__
Number, Street, City, State & ZIP Code

Contact phone __(302) 467-4400__    Email address __landis@lrclaw.com__

__3407        Delaware__
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CONREV, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-_____ (____)<br><br>Tax I.D. No. 20-2082441 |

## SCHEDULE 1 TO PETITION

The debtor has used the following other names during the previous eight (8) years, including trade names:

- d/b/a Lovers
- d/b/a A Touch of Romance
- d/b/a ConRev
- d/b/a Christals
- d/b/a Peekay Lovers

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CONREV, INC.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 17-_____ (\_\_\_\_)<br><br>Tax I.D. No. 20-2082441 |

## SCHEDULE 2 TO PETITION

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for procedural purposes only.

    Peekay Boutiques, Inc.
    Christals Acquisition, LLC
    Peekay Acquisition, LLC
    Peekay Spa, LLC
    Peekay, Inc.
    ConRev, Inc.
    Condom Revolution, Inc.
    Charter Smith Sanhueza Retail, Inc.
    ZJ Gifts F-2, L.L.C.
    ZJ Gifts F-3, L.L.C.
    ZJ Gifts F-4, L.L.C.
    ZJ Gifts F-5, L.L.C.
    ZJ Gifts F-6, L.L.C.
    ZJ Gifts I-1, L.L.C.
    ZJ Gifts M-3, L.L.C.
    ZJ Gifts M-1, L.L.C.
    ZJ Gifts M-2, L.L.C.

## CONREV, INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

### Adopted August 8, 2017

### Authorization for Filing Voluntary Petition Under
### Chapter 11 of the Bankruptcy Code and Related Matters

In accordance with Section 23B.08.210 of the Revised Code of Washington, the Articles of Incorporation of ConRev, Inc. (as amended or restated) and the By-Laws of ConRev, Inc. (as amended or restated), the undersigned Board Members (the "Board") of ConRev, Inc., a Washington corporation (the "Company"), hereby adopt the following resolutions (the "Resolutions"):

**WHEREAS**, the Board has considered the financial and operational conditions of the Company;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, employees, other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is

**FURTHER RESOLVED**, that the Board hereby appoints and designates Albert Altro as Chief Restructuring Officer and as an authorized person (the "CRO") with authority to take actions on behalf of the Company as described further below; and it is

**FURTHER RESOLVED**, that the members of the Board, the CRO, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on

{1097.001-W0045618.}

behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to enter into the Asset Purchase Agreement (the "APA") for the sale of substantially all of the Company's assets, and each of the ancillary documents to be entered into in connection therewith (the "Transaction Documents"), and to enter into the transactions and obligations contemplated by the APA and the Transaction Documents, subject to bankruptcy court approval in the chapter 11 cases; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Landis Rath & Cobb LLP as bankruptcy counsel to assist the Company in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain Landis Rath & Cobb LLP as the Company's bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to retain SSG Advisors, LLC ("SSG") as investment banker to the Company, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain SSG as the Company's investment banker; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to retain and employ Traverse, LLC ("Traverse") to provide a CRO and additional personnel as financial advisor to the Company, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain Traverse as the Company's financial advisor; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to retain Rust Consulting/Omni Bankruptcy ("Rust Omni") as claims and noticing agent, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain the services of Rust Omni as the Company's claims and noticing agent; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the chapter 11 case, including, without limitation, obtaining financing or obtaining authorization to use cash collateral pursuant to a budget, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or

any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

*Ellery Roberts*
Name: Ellery Roberts
Title: Chairman of the Board

*Edward Tobin*
Name: Edward Tobin
Title: Director

*David Aho*
Name: David Aho
Title: Director

Fill in this information to identify the case:

Debtor name: Peekay Acquisition, LLC, et al.,[1]

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kris Butt<br>29445 232nd<br>Black Diamond, WA 98010 | Kris Butt<br>Email: krisbutt@hotmail.com<br>Tel: (206) 409-8134 | Unsecured Notes | | | | $5,609,168.27 |
| 2 | Ross Jackson<br>15860 W. 5th Ave.<br>Golden, CO 80401 | Lena Davydan<br>Email: ydavydan@sralawfirm.com<br>rjackson@ttninv.com<br>Tel: (212) 931-8300 | Unsecured Notes | | | | $2,980,062.22 |
| 3 | Gary Zebrowski<br>54 Pilgrim Lane<br>Drexel Hill, PA 19026 | Lena Davydan<br>Email: ydavydan@sralawfirm.com<br>garyzeb55@gmail.com<br>Tel: (212) 931-8300 | Unsecured Notes | | | | $2,980,062.22 |
| 4 | Brian Barnett<br>28010 SE 388th Place<br>Enumclaw, WA 98022 | Brian Barnett<br>Email: birdiebarnett@gmail.com<br>Tel: (206)682-7100 | Unsecured Notes | | | | $2,322,585.18 |
| 5 | Rick Barnett<br>33255 139th Terrace SE<br>Auburn, WA 98092-9260 | Rick Barnett<br>Email: realestaterickb@comcast.net<br>Tel: (425) 698-7189 | Unsecured Notes | | | | $2,322,585.18 |
| 6 | Christopher Steward<br>4647 110th Ave NE<br>Kirkland, WA 98033 | Christopher Steward<br>Email: cstewardcapital@gmail.com<br>Tel: (425) 818.2231 | Unsecured Notes | | | | $1,412,101.19 |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Peekay, Inc. (3429); Peekay Boutiques, Inc. (7972); Christals Acquisition, LLC (0391); Peekay Acquisition, LLC (0923); Peekay SPA, LLC (2765); ConRev, Inc. (2441); Condom Revolution, Inc. (6019); Charter Smith Sanhueza Retail, Inc. (8963); ZJ Gifts F-2, LLC (3565); ZJ Gifts F-3, LLC (3562); ZJ Gifts F-4, LLC (8006); ZJ Gifts F-5, LLC (7062); ZJ Gifts F-6, LLC (4381); ZJ Gifts 1-1, LLC (5099); ZJ Gifts M-3, LLC (8925); ZJ Gifts M-1, LLC (7202); and ZJ Gifts M-2, LLC (6643). The Debtors' corporate headquarters and mailing address is 901 West Main Street, Suite A, Auburn, WA 98001.

Debtor  **Peekay Acquisition, LLC, et al.**                    Case number (if known) _____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 7 | Trish Don Francesco<br>4500 N. 32nd Street #200<br>Phoenix, AZ 85018 | Trish Don Francesco<br>Email: trish@metrowb.com<br>Tel: (602)466-2700 | Unsecured Notes | | | | $1,412,101.19 |
| 8 | Lelo Inc.<br>5799 Fontanoso Way<br>San Jose, CA 95138 | Julie Ensler<br>Email: julia.ensler@lelo.com<br>Tel: (877) 872-5356 | Trade Debt | | | | $293,045.39 |
| 9 | Dreamgirl<br>PO BOX 849752<br>Los Angeles, CA 90084-9752 | Patty Barrington<br>Email: patty@barringtonsales.onmicrosoft.com<br>Tel: (800) 622-5686 | Trade Debt | | | | $136,573.54 |
| 10 | Standard Innovation<br>330-1130 Morrison Dr.<br>Ottawa, Ontario K2H9N6 | Hilda<br>Email: kcard@standardinnovation.com<br>Tel: (613) 828-6678 | Trade Debt | | | | $109,762.44 |
| 11 | Fun Factory<br>3605 W. Pacific Ave.<br>Burbank, CA 91505 | Sonny Farnsworth<br>Email: april.lampert@funfactory.com<br>Tel: (800) 730-6016 | Trade Debt | | | | $78,783.88 |
| 12 | Doc Johnson<br>11933 Vose Street<br>North Hollywood, CA 91605 | Kristen Denton<br>Email: kristen@docjohnson.com<br>Tel: (800) 423-3650 | Trade Debt | | | | $76,378.86 |
| 13 | California Exotic Novelties<br>PO BOX 50400<br>Ontario, CA 91761 | Lupe Martinez<br>Email: lupe@calexotics.com<br>Tel: (800) 779-3347 | Trade Debt | | | | $67,112.39 |
| 14 | Kama Sutra<br>2151 Anchor Court<br>Thousand Oaks, CA 91320 | Memo De La Vega<br>Email: memo@kamasutra.com<br>Tel: (800) 778-7921 | Trade Debt | | | | $58,686.00 |
| 15 | Interactive Life Forms<br>7000 Burleson Rd<br>Austin, TX 78744 | Amanda Purcell<br>Email: amanda.purcell@fleshlight.com<br>Tel: (818) 772-0100 | Trade Debt | | | | $26,612.10 |
| 16 | United Consortium, Inc.<br>29000 Hancock Parkway<br>Valencia, CA 91355 | Phil Miller<br>Email: pmiller@systemjo.com<br>Tel: (818) 903-4647 | Trade Debt | | | | $25,641.29 |
| 17 | Adventure Industries/Whipsmart<br>59 Lake Dr.<br>Hightstown, NJ 08520 | Adam Hasner<br>Email: adam@evolutiondist.com<br>Tel: (609) 426-1777 | Trade Debt | | | | $25,479.54 |
| 18 | Wicked Sensual Care Inc.<br>9040 Eton Ave<br>Canoga Park, CA 91304 | Bonnie Kail<br>Email: bonnie@wickedpictures.com<br>Tel: (818) 349-3593 | Trade Debt | | | | $25,436.49 |

Debtor **Peekay Acquisition, LLC, et al.**
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Fantasy Lingerie<br>21345 Lassen Street Suite 100<br>Chatsworth, CA 91311 | Jorge<br>Email: Jorge@fantasylingerie.net<br>Tel: (877) 777-4910 | Trade Debt | | | | $18,657.00 |
| 20 | Print NW<br>9914 32nd Ave S<br>Lakewood, WA 98499 | Jenilee Antone<br>Email: jenilee@printnw.net<br>Tel: (253) 625-5633 | Trade Debt | | | | $17,903.61 |
| 21 | Robert Half Finance & Accounting<br>PO Box 743295<br>Los Angeles, CA 90074-3295 | Erica Curtis<br>Email: erica.curtis@roberthalf.com<br>Tel: (800) 356-1994 x 81867 | Professional Services | | | | $15,000.00 |
| 22 | Evolved Novelties, Inc.<br>20525 Nordhoff St. Suite 4<br>Chatsworth, CA 91311 | Greg Alves<br>Email: LucyD@myevolved.com<br>Tel: (818) 678-1779 | Trade Debt | | | | $13,417.86 |
| 23 | Kheper Games<br>440 South Holgate Street<br>Seattle, WA 98134 | Brian Kheper<br>Email: brian@khepergames.com<br>Tel: (206) 782-2201 | Trade Debt | | | | $12,819.51 |
| 24 | Shirley of Hollywood<br>3240 East 26th St<br>Vernon, CA 90058 | Eric Schlobohm<br>Email: erics@shirleyofhollywood.com<br>Tel: (832) 939-9450 | Trade Debt | | | | $12,727.66 |
| 25 | Givex USA Corporation<br>1341 Estes St.<br>Gurnee, IL 60031 | Joseph Hoopes<br>Email: joseph.hoopes@givex.com<br>Tel: (847) 360-1092, x 201 | Trade Debt | | | | $11,457.50 |
| 26 | EPI24 USA LLC<br>3450 Sacramento St<br>San Francisco, CA 94118 | Ryan Poirier<br>Email: ryan@epi24usa.com<br>Tel: (415) 608-4213 | Trade Debt | | | | $10,941.20 |
| 27 | Bushman Products<br>1206 W. Jon Street<br>Torrance, CA 90502 | Conde Aumann<br>Email: conde@thescreamingo.com<br>Tel: (310) 446-1632 | Trade Debt | | | | $8,890.56 |
| 28 | Savvy Company LLC<br>PO Box 3582<br>Los Angeles, CA 91394 | Daniel Bilodeaux<br>Email: daniel@savvycompany.com<br>Tel: (818) 217-4377 | Trade Debt | | | | $8,858.88 |

Debtor **Peekay Acquisition, LLC, et al.**  
      Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Our Full Attention<br>800 Monroe Ave Ste 213<br>Grand Rapids, MI 49503 | Daniel Spicer<br>Email: daniel@ourfullattention.co<br>Tel: (616) 551-3343 | Trade Debt | | | | $8,620.27 |
| 30 | Entercom Seattle LLC<br>1100 Olive Way<br>Suite 1650<br>Seattle, WA 98101 | Catie Beck<br>Email: Catie.beck@entercom.com<br>Tel: (206) 577-2549 | Trade Debt | | | | $8,395.00 |

{1097.001-W0048162.}

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 4

**Fill in this information to identify the case:**

Debtor name __Conrev, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 10, 2017__    X /s/ Albert Altro (DocuSigned, 2B815F951F5E440...)
                                  Signature of individual signing on behalf of debtor

__Albert Altro__
Printed name

__Chief Restructuring Officer__
Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CONREV, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-_____ (____) <br><br> Tax I.D. No. 20-2082441 |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the above-captioned debtor and debtor in possession (the "Debtor") hereby discloses that the following are corporations, other than a debtor or governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

      CP IV SPV, LLC
      c/o Colbeck Capital Management
      888 Seventh Avenue, 40th Floor
      New York, NY 10106

{1097.001-W0045599.}

**Fill in this information to identify the case:**

Debtor name: Conrev, Inc.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 10, 2017            X /s/ Albert Altro
                                            DocuSigned by: 2B815F951F5E440...
                                            Signature of individual signing on behalf of debtor

                                            Albert Altro
                                            Printed name

                                            Chief Restructuring Officer
                                            Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONREV, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-_____ (____)<br><br>Tax I.D. No. 20-2082441 |

### LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor Conrev, Inc.'s equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

**Peekay SPA, LLC**
**901 West Main Street, Suite A**
**Auburn, WA 98001**
**(100%)**

{1097.001-W0048151.}

Fill in this information to identify the case:

Debtor name   **Conrev, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 10, 2017          X  /s/ Albert Altro (DocuSigned, 2B815F951F5E440)
                                          al signing on behalf of debtor

**Albert Altro**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor